No. 23-13361

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

SHAWN STILL,
Appellant,

v.

STATE OF GEORGIA,
Appellee.

On Appeal from the United States District Court
For the Northern District of Georgia
No. 1:23-cv-03792-SCJ
Hon. Steve C. Jones

MOTION FOR LEAVE TO FILE
CERTIFICATE OF INTERESTED PERSONS AND CORPORATE
DISCLOSURE STATEMENT OUT OF TIME

Tom Bever
Georgia Bar No. 055874
W. Cole McFerren
Georgia Bar No. 409248
Smith, Gambrell & Russell, LLP
1105 W. Peachtree St., NE
Suite 1000
Atlanta, GA 30309
(404) 815-3574
tbever@sgrlaw.com
cmcferren@sgrlaw.com

*Counsel for Appellant Shawn Still*

COMES NOW, Appellant Shawn Still, by and through undersigned counsel and requests leave to file its Certificate of Interested Persons and Corporate Disclosure Statement out of time pursuant to the Clerk's notice received this 2nd day of November, 2023, and submits to the Court the following:

Appellant previously filed its Certificate of Interested Persons and Corporate Disclosure Statement as part of its Appeal Statement filed on October 17, 2023. Appellant attaches its standalone Certificate of Interested Persons and Corporate Disclosure Statement hereto as Exhibit "A." Appellant also received a notification that the web-based CIP was not completed on the Court's website.  Appellant also submitted its web-based CIP at the time of the Appeal Statement filing on October 17, 2023. Appellant attaches hereto as Exhibit "B" the email confirmation of said filing.

Accordingly, and for all the foregoing reasons, Appellant respectfully requests that it be granted leave to file its Certificate of Interested Persons and Corporate Disclosure Statement.

Respectfully submitted, this 2nd day of November, 2023.

/s/ Thomas D. Bever
Thomas D. Bever
Georgia Bar No. 055874
W. Cole McFerren
Georgia Bar No. 409248
SMITH, GAMBRELL & RUSSELL, LLP
1105 W. Peachtree Street, N.E.
Suite 1000
Atlanta, GA 30309
Telephone: (404) 815-3500
tbever@sgrlaw.com
cmcferren@sgrlaw.com

*Counsel for Defendant Shawn Still*

## CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that the foregoing Motion for Leave to File Certificate of Interested Persons and Corporate Disclosure Statement Out of Time complies with the Federal Rules of Appellate Procedure and this Court's Rules, including 11th Cir. R 27-1.

This the 2nd day of November, 2023.

/s/ Thomas D. Bever
Thomas D. Bever
Georgia Bar No. 055874
*Counsel for Defendant Shawn Still*

# Exhibit A

No. 23-13361

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

SHAWN STILL,
Appellant,

v.

STATE OF GEORGIA,
Appellee.

On Appeal from the United States District Court
For the Northern District of Georgia
No. 1:23-cv-03792-SCJ
Hon. Steve C. Jones

CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT

Thomas D. Bever
Georgia Bar No. 055874
W. Cole McFerren
Georgia Bar No. 409248 Smith,
Gambrell & Russell, LLP 1105
W. Peachtree St., NE Suite 1000
Atlanta, GA 30309
(404) 815-3574
tbever@sgrlaw.com
cmcferren@sgrlaw.com

*Counsel for Appellant Shawn Still*

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

**STATE OF GEORGIA,**

v.

**SHAWN STILL**

Case No: 23-13361

### CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Shawn Still, Appellant, files this Certificate of Interested Persons and Corporate Disclosure Statement, listing all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party, as follows:

Alex M. Bernick, Counsel for Appellee

Thomas Bever, Counsel for Appellant Shawn Still

Bondurant Mixson & Elmore LLP, Counsel for Appellee

William "Bill" Cromwell, Counsel for Appellant Cathleen Latham

Anna G. Cross, Counsel for Appellee

Cross Kincaid, Counsel for Appellee

John E. Floyd, Counsel for Appellee

Craig A. Gillen, Counsel for Appellant David J. Shafer

Gillen & Lake LLC, Counsel for Appellant David J. Shafer

The Honorable Steve C. Jones, United States District Judge

Anthony C. Lake, Counsel for Appellant David J. Shafer

Cathleen Latham, Appellant

Cole McFerren, Counsel for Appellant Shawn Still

Adam S. Ney, Counsel for Appellee

Holly A. Pierson, Counsel for Appellant David J. Shafer

Grant H. Rood, Counsel for Appellee

David J. Shafer, Appellant

Smith, Gambrell & Russell, LLP, Counsel for Appellant Shawn Still

Shawn Still, Appellant

State of Georgia, Appellee

Nathan J. Wade, Counsel for Appellee

Wade & Campbell Firm, Counsel for Appellee

Francis M. Wakeford, IV, Counsel for Appellee

Fani T. Willis, Counsel for Appellee

John W. Wooten, Counsel for Appellee

Daysha D. Young, Counsel for Appellee

Respectfully submitted, this 2nd day of November, 2023.

/s/ Thomas D. Bever
Thomas D. Bever
Georgia Bar No. 055874
W. Cole McFerren
Georgia Bar No. 409248
SMITH, GAMBRELL & RUSSELL, LLP
1105 W. Peachtree Street, N.E.
Suite 1000
Atlanta, GA 30309
Telephone: (404) 815-3500
tbever@sgrlaw.com
cmcferren@sgrlaw.com

*Counsel for Defendant Shawn Still*

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| **STATE OF GEORGIA,** | Case No: 23-13361 |
| v. | |
| **SHAWN STILL** | |

### CERTIFICATE OF COMPLIANCE

The undersigned hereby certifies that the foregoing Certificate of Interested Persons and Corporate Disclosure Statement complies with the Federal Rules of Appellate Procedure and this Court's Rules, including 11th Cir. R 27-1.

This the 2nd day of November, 2023.

*/s/ Thomas D. Bever*
Thomas D. Bever
Georgia Bar No. 055874
W. Cole McFerren
Georgia Bar No. 409248
SMITH, GAMBRELL & RUSSELL, LLP
1105 W. Peachtree Street, N.E.
Suite 1000
Atlanta, GA 30309
Telephone: (404) 815-3500
tbever@sgrlaw.com
cmcferren@sgrlaw.com

*Counsel for Defendant Shawn Still*

UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| **STATE OF GEORGIA,** | Case No: 23-13361 |
| **v.** | |
| **SHAWN STILL** | |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date set forth below, a true and accurate copy of the foregoing Certificate of Interested Persons and Corporate Disclosure Statement was filed electronically with the U.S. Court of Appeals for the Eleventh Circuit through the Court's ECF system, which will send notice of this filing to all counsel of record.

This the 2nd day of November, 2023.

                                                           */s/ Thomas D. Bever*
                                                          Thomas D. Bever
                                                          Georgia Bar No. 055874
                                                          W. Cole McFerren
                                                          Georgia Bar No. 409248
                                                          SMITH, GAMBRELL & RUSSELL, LLP
                                                          1105 W. Peachtree Street, N.E.
                                                          Suite 1000
                                                          Atlanta, GA 30309
                                                          Telephone: (404) 815-3500
                                                          tbever@sgrlaw.com
                                                          cmcferren@sgrlaw.com

                                                          *Counsel for Defendant Shawn Still*

# Exhibit B

| | |
|---|---|
| **Subject:** | Fwd: Subject: Web-Based CIP Submission Confirmation - 23-13361 |
| **Date:** | Thursday, November 2, 2023 4:48:32 PM |

**Cole McFerren**
*Attorney at Law*

**p** | 404-815-3744
**f** | 404-685-7044
**e** | cmcferren@sgrlaw.com
1105 W. Peachtree St. NE | Suite 1000 | Atlanta, GA 30309
www.sgrlaw.com  |  My Bio



**From:** Eleventh Circuit Court <CE-ECF_Admin@ca11.uscourts.gov>
**Sent:** Tuesday, October 17, 2023 7:40:50 PM
**To:** McFerren, Cole <cmcferren@sgrlaw.com>; May, Connie <cmay@sgrlaw.com>
**Cc:** CE-ECF_Admin@ca11.uscourts.gov <CE-ECF_Admin@ca11.uscourts.gov>; CE-ECF_Admin@ca11.uscourts.gov <CE-ECF_Admin@ca11.uscourts.gov>
**Subject:** Subject: Web-Based CIP Submission Confirmation - 23-13361

This email is to confirm that a web-based CIP for case 23-13361, State of Georgia v. Shawn Still, has been submitted by William Coleman McFerren representing Still, Shawn Micah Tresher to the Eleventh Circuit Court of Appeals.

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| **STATE OF GEORGIA,** | Case No: 23-13361 |
| v. | |
| **SHAWN STILL** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date set forth below, a true and accurate copy of the foregoing Motion to For Leave to File Certificate of Interested Persons and Corporate Disclosure Statement Out of Time filed electronically with the U.S. Court of Appeals for the Eleventh Circuit through the Court's ECF system, which will send notice of this filing to all counsel of record.

This the 2nd day of November, 2023.

/s/ Thomas D. Bever
Thomas D. Bever
Georgia Bar No. 055874
W. Cole McFerren
Georgia Bar No. 409248
SMITH, GAMBRELL & RUSSELL, LLP
1105 W. Peachtree Street, N.E.
Suite 1000
Atlanta, GA 30309
Telephone: (404) 815-3500
tbever@sgrlaw.com
cmcferren@sgrlaw.com

*Counsel for Defendant Shawn Still*